Matt Nauyalis, Appellant, v. Philadelphia and Reading Coal and Iron Company, Respondent.— Motion for reargument denied, without costs; motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

The People of the State of New York ex rel. Sanborn Map Company, Respondent, v. Peter Ceder, as President, etc., and Others, Appellants. Assessments of 1913, 1914 and 1915. — Motions to dismiss appeals granted, with ten dollars costs in each case. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Josephine M. Fairchild, Plaintiff, v. Scarsdale Estates and Others, Defendants.— Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

In the Matter of the Intermediate Judicial Account of Louis Z. Green, as Committee of James I. Doran, an Incompetent Person.— This court did not pass upon the original contract entered into with the committee, but determined as a question of fact that $1,005, in addition to other amounts received, was earned by the attorney who conducted the foreclosure proceedings. There being, therefore, a simple question of fact involved, determined on conflicting testimony, which is not reviewable by the Court of Appeals, no sufficient ground for a stay is made out, and the motion is, therefore, denied, without costs. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

Israel Feldman, Respondent, v. Peter D. Econopouly and Peter Theophine, Doing Business under the Firm Name, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Rich and Putnam, JJ.

Richard Flynn, an Infant, by John C. Flynn, His Guardian ad Litem, Appellant, v. Yonkers Railroad Company, Respondent, and Another, Defendant.— Judgment unanimously affirmed, with costs, on authority of *Kellogg* v. *Church Charity Foundation* (203 N. Y. 191). Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Clara Mehrenlender, Respondent, v. The Independent Order Free Sons of Judah, Appellant.— Judgment and order affirmed, with costs. The assigned error as to the variance between pleading and proof is not presented by a valid exception; the assigned error as to the competency of the witness Henschken, if error, is not prejudicial. It is immaterial what deceased said if he was illegally suspended. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Frank P. Martin, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Lillian McCloskey, an Infant, etc., Respondent, v. John Buckley and The City of New York, Appellants.— Motion to substitute the administrator granted, should the parties stipulate that the order be entered *nunc pro tunc* as of a date prior to the hearing of the appeal, and that all sub-